157 A.3d 855

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN KELLY, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000317–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 855

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FURN–LEE SALOMON (A/K/A FURN–LEE SOLOMON), DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000516–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.